**Lidia Garcia PADILLA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–72869.

United States Court of Appeals, Ninth Circuit.

Submitted June 4, 2007.*

Filed June 27, 2007.

Lidia Garcia Padilla, Sun Valley, CA, pro se.

CAC–District, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre,

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). ·

Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Robert N. Markle, Esq., Office of Immigration Litigation, Civil Division, Washington, DC, for Respondent.

Before: LEAVY, T.G. NELSON and RYMER, Circuit Judges.

### MEMORANDUM **

Lidia Garcia Padilla seeks review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying Padilla's application for cancellation of removal. We dismiss the petition for review.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We lack jurisdiction to review the discretionary determination that an applicant has failed to show exceptional and extremely unusual hardship to a qualifying relative, *see Romero–Torres v. Ashcroft,* 327 F.3d 887, 890 (9th Cir.2003), and Padilla does not raise a colorable due process claim, *see Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005) ("traditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction").

**PETITION FOR REVIEW DISMISSED.**